UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANNA F. ISAACS, PRO SE
    Plaintiff

VS                                               CASE No 13-1565

ROYAL BANK OF CANADA, a Canadian Chartered Bank by
Their U.S. Office: RBC CAPITAL MARKETS
Anthony J. Giannini, RBC Vice President- Loan Originator
Todd Rhoades, Unclaimed Employee
Steven Smith Greenburg Traurig, LLP

WELLS FARGO MULTIFAMILY CAPITAL and EMPLOYEES
Lars A. Carlsten, Senior Counsel Legal Group
Paula Levine, Managing Director
Paul Segal, Asset Manager
Brian E. Manion, Director

FIDELITY NATIONAL TITLE GROUP
Chris White, Associate Claims Counsel
Kayla VanCannon VP, Managing Counsel

FORESITE REALTY PARTNERS, LLC
Donald A Shapiro Managing Broker
Kimberly A. Sarff, Hush Blackwell LLP
Roger Daniel: Unlicensed Regional Property Manager
Jamie Hadac Broker Court Appointed Receiver
Patti Burnett, Unlicensed Senior Property Manager
Clint Bagwell, Unlicensed Leasing Agent

    Defendants

Court of Record
10th Judicial Court Peoria County
Judge Michael E. Brandt, Civil
Judge Michael D. Risigner, Civil

## COMPLAINT

Royal Bank of Canada affiliate RBCCM of Chicago.
Fraudulent Conveyances of Real Property; Mortgage Document Forgery and Fraud; Assignment of Forged Mortgage documents to Fannie Mae

Centerline Capital Group
Acted as Service Bank for Fannie Mae, receiving Forged Mortgage Documents

Fidelity National Title Group
Provided the Mortgage Title Insurance with the Fraudulent Conveyed Real Property to Fannie Mae in direct conflict with Plaintiff's Owner's Policy with legal descriptions, issued by Fidelity National Title Co.

WELLS FARGO MULTIFAMILY CAPITAL
Predatory Foreclosure without Cause; Fraudulent Conveyance of Land
Presented to Fannie Mae Forged Mortgage Documents filed in a State Court and Used by Judge in Court to Render Judicial Decisions;
Filing of Forged Mortgage Documents against Elderly Person
Conspiracy of Named Defendants against Plaintiff

Foresite Realty Partners, LLC
Defamation of Character by their council Kim Sarff and Court Appointed State Licensed Real Estate Broker against Plaintiff
Criminal Damage to Property by State Licensed Real Estate Broker's employees while as Acting as Receiver for Financial Institution
Posting of Non Listed Property by State Licensed Real Estate Broker in Violation of Illinois Real Estate Regulation
Multiple Unlicensed Persons Practicing Real Estate in Multiple Violations of Illinois Real Estate Act hired by Court Appointed Receiver

Violation of Anti-Trust Regulation by Employees of a Federal Financial Institution and Cover-up of Act by Federal Agency Employees
False Claims Act 3729-3730
FIRREA Violations

Page

NOW Plaintiff, Anna F Isaacs, Pro Se
    7021 Clauson Rd
    Glasford, IL 61533   309 389-5991 (H)   309-678-0773 (C)

    Wells Fargo Multifamily Capital Service Bank for Fannie Mae
    530 5th Ave (45th Street),
    New York, NY 10036   212 214-8468

Attorney    Lars A. Carlsten, Senior Counsel
    Legal Group, MAC D1053-300
    Wells Fargo Bank, N.A.
    301 South College Street
    Charlotte, North Carolina 28202   704 383-0385

Defendant:    Paula Levine, Managing Director
    375 Park Avenue 9th floor
    New York, New York 10152   212 214-8468

Defendant:    Paul Segal, Asset Manager
    7600 Wisconsin Ave. - Suite 100
    Bethesda, MD 20814   301 280-7522

Defendant:    Brian E. Manion, Director
    520 Lake Cook Road, Suite 315
    Deerfield, IL 60015   847 282-6633

Defendant    Foresite Realty Partners, LLC   Managing Broker Donald Shapiro
    9525 West Bryn Avenue Suite 925
    Rosemont, Illinois 60018   847 939-6015

Defendant    Kimberly A. Sarff, Esq.
    Hush Blackwell LL
    401 Main Street, Suite 1400
    Peoria, IL 61602   309 637-4900

Defendant:    Roger Daniel Unlicensed Regional Property Manager
    9525 West Bryn Mawr Avenue, Suite 925
    Rosemont, Illinois 60018   847 939-6013

Page

| | |
|---|---|
| Defendant: | Jamie Haddac, Broker Executive VP    847 939-6023  847 939-6020<br>Court Appointed Receiver for Fannie Mae<br>9525 West Bryn Mawr Avenue, Suite 925<br>Rosemont, Illinois 60018 |
| Defendant: | Patti Burnett, Unlicensed Practicing Property Manager<br>9525 West Bryn Mawr Avenue, Suite 925<br>Rosemont, Illinois 60018  314 229-8831 |
| Defendant: | Clint Bagwell, Unlicensed Practicing Leasing Agent<br>9525 West Bryn Mawr Avenue, Suite 925<br>Rosemont, Illinois 60018  309 948-3504 |
| Defendant | Dennis Taylor Verbal Claim Maintenance for Fannie Mae<br>54 Edgewood Terrace<br>Forrest City, IL 61532  309 597-2510 |

Witnesses of Plaintiff's Complaint

| | |
|---|---|
| Attorney | Jeffrey E. Krumpe Miller, Hall & Triggs, LLC<br>416 Main Street, Suite 1125<br>Peoria, Illinois 61602-1161  309 671-9600 |
| Witness | Federal National Mortgage Association<br>3900 Wisconsin Avenue, NW<br>Washington, DC 20016-2892 |
| Witness | Federal Housing Finance Agency (FHFA)<br>400 7th Streets, SW<br>Washington, DC 20021<br>Christine Elderrat  202 414-8930<br>Edward DeMarco  Director  *202 649-3801* |
| Witness | Carol S. King, Sr. Asset Manger<br>Multifamily Loss Mitigation<br>14221 Dallas Parkway, Suite 1000<br>Dallas, Texas 75254-2916    927 773-7815 |

| | |
|---|---|
| Witness | John Nicholson Esq. Deputy General Counsel Fannie Mae Chicago<br>1 South Wacker Dr Suite 1400<br>Chicago, IL  60606    312 368-6249 |
| Witness | Senator Mark Kirk-Illinois<br>524 Hart Bldg<br>Washington, DC  20510 202 224-2854   312 886-3506 |
| Witness | State of Illinois Representative 91st Dist  MichaelUnes<br>19 S Capitol St.           309 620-8631<br>Pekin, IL  61554 |
| Witness | State of Illinois Office of Financial & Professional Regulation<br>Jill Johnson Director of Real Estate   312 793-8716<br>Hector Rodriguez   Director of Investigation<br>Karen Konstant   Intake of Complaints  312 793-8724 |
| Witness | State Bank of Speer                    VanFleet Law Offices<br>7620 N University St                 Joseph VanFleet  Esq<br>Peoria IL  61614                      7817 N Knoxville, Peoria, IL 61614<br>309 691-9345                          309 672-2200 |
| Witness | Centerline Capital Group Corp Headquarters Steve Cox Director<br>100 Church St  15th Floor   Kristian Malloy<br>New York, NY     10007<br><br>5221 N OConner Blvd  suite 600<br>Irving, TX  75039    Clyde Greenhouse  972 868-5345 |
| Witness | Zumwalt & Assocs  Professional Land Surveyors Gary Zumwalt<br>1040 W Olympia Dr<br>Peoria, IL  61615   309 692-5074 |
| Witness | Land Title Professionals   Cindy Weedan<br>311 Main<br>Peoria, IL   309 674-3100 |

LITIGATION HISTORY
Court of Record
10th Judicial Court Peoria County Courthouse
Judge Michael E. Brandt   Judge Michael D. Risinger

Case 12-CH 97 Foreclosure Filed by Fannie Mae
Contempt Charges against Jody D Kimbrell by Court Appointed Receiver Jamie Hadac
Unlicensed Property Manager Patti Burnett and Unlicensed Leasing Agent Clint Bagwell

State of Illinois Case 2013-103410 Dept of Professional Regulation
Number changed to 10410
Complaint against Jamie Hadac, Broker Foresite Realty Partners LLC for unlicensed Practice of Real Estate and Multiple Violations of Illinois Real Estate Practice Act dismissed as not in their jurisdiction.
Letter received from Senator Mark Kinrk in attempt to uncover acts by Defendants
Letter Received from Michael Unes State Representative 91st Dist
Letter received from State of Illinois Dept of Financial & Professional Regulation unsigned by any individual just Complaint Intake. No investigation done.

STATEMENT OF CLAIM

Place of Occurrence: 1324-1330 W Jeth Ct -6608 N University frontage lots 6600 N University & 6522 N University 1306 Jeth Ct Peoria, IL building and lots shared ownership by Plaintiff

1300-1304 W Jeth Ct 1301-1315 Jeth Ct, 1317-1331 Jeth Ct, 1333-1347 Jeth Ct and 1308-1322 Jeth and vacant lot which part is driveway into complex 14-17-126-012. Member of the LLC owning named Property.

1. Royal Bank of Canada as RBC Capital Markets of Chicago originated the loan and did not want any vacant lots which land locked the 5 Jeth Buildings. Their loan officer Anthony Giananni embedded (without disclosure to the seller, buyer or the closing title co Land Title of Peoria owned by Fidelity Title Corp) the legal description of Parcel A into the legal description of 1333-1347 Jeth Building transferring the property and including it as part of the mortgage collateral.

2. RBC Capital Markets sold the mortgage to Fannie Mae with fraudulent conveyed lots. The fraudulent transfer was unknown to the Plaintiff Anna F Isaacs when a new building was built on Lot 14-17-126-004, Parcel A was cut and added to both new building lot and LLC building 1335-1347 Jeth Ct . It was discovered her new building had encroached on her LLCs lot by 15'. Wells Fargo Fannie Mae Service bank employee Paula Levine was contacted and she stated to finish the surveys, fill out a detail report Fannie Mae form and send everything to Paul Segal

Wells Fargo Asset Manager to have mortgage released on the small piece. After he received finished documents he demanded Plaintiff move the building and uncut Parcel A because it was included in the mortgage collateral. He proceeded to default the loan when moving the building was not possible.

3. The default was in direct conflict with the Mortgage documents which states Exhibit B Modifications to Instrument   Section 21 is hereby deleted –which this section was used to default Kimbrell Realty/Jeth Ct LLCs mortgage by Fannie Mae Wells Fargo. This entire section was replaced with Exhibit B which states:  within the LLC, transfer of any ownership allowed as long as Initial owners retain 51% ownership-the transfer of a .0147 piece of property from Kimbrell Realty/Jeth Ct LLC LLC to Plaintiff Anna F Isaacs, Jody Kimbrell and Michael Kimbrell was the reason for default. Owner ship did not change percentage so NO default and no modification needed as this transfer did not affect Fannie Mae mortgage per their own mortgage documents.

4. Paul Segal shut off account refusing all payments and turned everything over to Fannie Mae Carol King. She claimed she wanted to do a modification loan which was not the case. She delayed for exactly 3 months then filed foreclosure for non-payment in the 10th Judicial Court Peoria County Courthouse before Judge Michael E. Brandt.  He granted the foreclosure filing and appointment of a receiver.

 5. Wells Fargo furnished the Forged Mortgage documents for the foreclosure filing to Fannie Mae, which upon Plaintiff Anna F Isaacs reviewing the documents, she discovered the signature page form number does not match the rest of the mortgage pages form number, the Note had a fake FEIN number and was not assigned.

 6. A forged Guaranty *not notarized* was filed naming the members of the LLC as responsible for the mortgage amount. This document was filed by Fannie Mae attorney Jeff Krumpe with the foreclosure document.  A different signed Guaranty had been sent by RBC attorney Steven Smith to Jody D Kimbrell in 2008. Both documents show to be signed August 1 2008 by all three members.  Plaintiff Anna F Isaacs was *NOT* present at the closing date claimed she signed the document.  This document has been used against a 79 year old person.

7. A *3rd Non-Recourse Guaranty* had been sent by RBC loan officer Anthony Giananni *prior* to closing and upon advice of counsel the LLC member did NOT sign the Guaranty and informed RBC loan office Anthony Giananni the document would not be signed, he agreed and said he would remove it. It is unknown who signed the forged Guaranties.

8. Anna F Isaacs' building, not included in the receivership has foreclosure filed against it naming Kimbrell Realty/Jeth Ct LLC as owner and borrower under Fannie Mae mortgage.

Page

Building mortgage is at State Bank of Speer and is owned by Anna F Isaacs, Jody D Kimbrell Michael D Kimbrell.

9. The Receiver Jamie Haddac has emptied the complex, using unlicensed persons which has resulted making complex 48% occupied.
 Receiver had filed court case of contempt against Plaintiff for not turning over security deposits which is not Illinois Rental law for an owner.
Receiver has continued to trespass, use Plaintiff's dumpster, use Plaintiff's property without compensation.
 Receiver attorney Sarff has made verbal and written accusations against Jody D Kimbrell, member of LLC of criminal behavior.
 State of Illinois had opened case investigating Receiver Jamie Hadac hired people for multiple acts of unlicensed Practice of Real Estate.

RELIEF REQUESTED

$5,000,000.00  PER named Defendant Companies and Lending Institutions
Royal Bank of Canada by affiliate RBCCM of Chicago
Wells Fargo Multifamily Capital
Fidelity National Title Group
Foresite Realty Partners LLC
For damages suffered by Plaintiff of acts orchestrated and committed by their named employees and using Fannie Mae to file Predatory Mortgage Foreclosure.

$100,000.00 PER named Individual Defendant:
Royal Bank of Canada  RBCCM of Chicago
Anthony Gianani  RBC loan originator of Mortgage Doc # 2008023427  assigned to Fannie Mae by DOC 2002023428 Aug 1,2008
Todd Rhoades, Unclaimed Employee
Steven Smith Greenburg Traurig, LLP

Wells Fargo Multifamily Capital
Paula Levine, Managing Director
Paul Segal, Asset Manager
Brian E. Manion , Director

Fidelity National Title Group
Chris White, Associate Claims Counsel
Kayla VanCannon VP, Managing Counsel

FORESITE REALTY PARTNERS, LLC EMPLOYEES
Kimberly A. Sarff, Hush Blackwell LLP
Roger Daniel: Unlicensed Regional Property Manager
Jamie Hadac  Broker Court Appointed Receiver
Patti Burnett, Unlicensed Senior Property Manager
Dennis Taylor Verbal Claim Maintenance for Fannie Mae
Clint Bagwell, Unlicensed Leasing Agent


*Anna F. Isaacs*
Anna F Isaacs, Pro Se


7021 Clauson Rd
Glasford, IL  61533
309 389-5991